■ NATCO CORPORATION v. NEW YORK CITY HOUSING AUTHORITY.— Motion for leave to reargue appeal or in the alternative to resettle the order of this court entered April 21, 1964 is granted to the extent of granting leave to reargue. Implicit in the dismissal of the appeal was a holding that the action had become moot, plaintiff having been furnished the relief sought by the complaint. Accordingly, upon reargument, the complaint is dismissed as moot, as is now expressly ordered, and it follows that the decision dismissing the appeal should be adhered to. Concur — Botein, P. J., Breitel, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT KRATCHEL.— Motion for allowance of bail denied on the ground that no certificate of reasonable doubt has been issued to defendant-appellant. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

## (July 7, 1964)

■ CLASSIC MANAGEMENT, INC., et al. v. BENJAMIN M. KAPLAN et al.— Motion for reargument granted, and, upon such reargument, the appeal from the order dismissing the complaint for legal insufficiency is dismissed as academic in view of the failure of plaintiff-appellant to take a timely appeal from the order of Special Term dismissing the action for failure to prosecute. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.